

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA :
: 19 Cr. 647 (LAK)
- v. - :
: **ORDER**
MICHAEL MCCONNELL, :
:
Defendant. :
:
- - - - - - - - - - - - - - - - X

Upon the application of the Government dated November 12, 2019, Doc. No. 16, with the consent of the defendant, the conference scheduled for December 2, 2019 at 3:00 p.m. is adjourned to January 23, 2020 at 4:00 p.m.

The Government has also requested, with the consent of the defendant, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), for the parties to continue their review of the discovery and to discuss a pre-trial resolution to the case. The Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the time from December 2, 2019 to January 23, 2020 is excluded from all calculations under the Speedy Trial Act.

**SO ORDERED.**

Dated: New York, New York
November 19, 2019

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE