```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :   19 Cr. 647 (LAK)
          - v. -                 :
                                 :   ORDER
MICHAEL MCCONNELL,               :
                                 :
                    Defendant.   :
                                 :
- - - - - - - - - - - - - - - - X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-3-2020

Upon the application of the Government dated March 2, 2020, the conference scheduled for March 5, 2020 at 11:00 a.m. is adjourned to __4/7/2020 at 2:15 pm__.

The Government has also requested, with the consent of the defendant, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties to continue their review of the discovery and to discuss a pre-trial resolution to the case. The Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the time from March 5, 2020 to the date of the conference set forth above is excluded from all calculations under the Speedy Trial Act.

**SO ORDERED.**

Dated:   New York, New York
         March __3__, 2020

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE