UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :   19 Cr. 647 (LAK)
       - v. -                    :
                                 :   **ORDER**
MICHAEL MCCONNELL,               :
                                 :
               Defendant.        :
                                 :
- - - - - - - - - - - - - - - - X

Upon the application of the Government dated March 26, 2020, the conference scheduled for April 28, 2020 at 10:45 a.m. is adjourned to May 27, 2020 at 11:00 am

The Government has also requested, with the consent of the defendant, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties to continue their review of the discovery and to discuss a pre-trial resolution to the case. The Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the time from April 28, 2020 to the date of the conference set forth above is excluded from all calculations under the Speedy Trial Act.

**SO ORDERED.**

Dated:   New York, New York
         April 20, 2020

                                        THE HONORABLE LEWIS A. KAPLAN
                                        UNITED STATES DISTRICT JUDGE