UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
United States of America,

    vs.

Michael McConnell,
          Defendant.
- - - - - - - - - - - - - - - - - x

19 CR 647 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 2
DATE FILED: 4/23/21

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

    The defendant is ordered remanded into the custody of the U.S. Marshal.

DATED: April 13, 2021

Lewis A. Kaplan
United States District Judge